JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SABINO QUAIR, III, A.K.A. DIVA MOONCHILD QUAIR,<br><br>Petitioner,<br><br>v.<br><br>CDCR-CSP-CIM-WARDEN, LAW LIBRARY, MENTAL HEALTH, PHARMACY,<br><br>Respondents. | Case No. 5:19-00878 PSG (ADS)<br><br><br><br>JUDGMENT |

Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus and Denying Certificate of Appealability, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: August 4, 2019

_____
HONORABLE PHILIP S. GUTIERREZ
United States District Judge